UNITED STATES DISTRICT COURT  FILED
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION    2009 MAY 20 PM 4: 36

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES OF AMERICA

v.                                    CASE NO.   6:09-cr-86-ORL-35-KRS
                                      18 U.S.C. § 2252A(a)(5)(B)
DONALD S. HAMMALIAN, JR.              18 U.S.C. § 2253 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about March 23, 2006, and continuing until on or about August 17, 2006, in Orange and Lake Counties, Florida, in the Middle District of Florida, and elsewhere,

**DONALD S. HAMMALIAN, JR.**

the defendant herein, did knowingly possess, and did knowingly attempt to possess, child pornography, that is, visual depictions of minors engaging in sexually explicit conduct, which had been mailed, shipped, and transported in interstate and foreign commerce, by any means, that is, by computer over the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### FORFEITURES

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From his engagement in violations alleged in Count One of this Indictment, the defendant, **DONALD S. HAMMALIAN, JR.**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

- (a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

- (b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

- (c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

Specific property to be forfeited includes, but is not limited to:

- (1) VII Premier Desktop, serial number 1O2012021771; and

- (2) computer storage media

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

- (a) cannot be located upon the exercise of due diligence;

- (b) has been transferred or sold to, or deposited with, a third person;

- (c) has been placed beyond the jurisdiction of the Court;

- (d) has been substantially diminished in value; or

- (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Tanya D. Wilson
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. 
FORM OBD-34
APR 1991

No.
FORM OBD-34  
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DONALD S. HAMMALIAN, JR.

## INDICTMENT

Violations:

18 U.S.C. § 2252A(a)(5)(B)

A true bill,

_____
Foreperson

Filed in open court this 20th day of May, A.D. 2009.

_____
Clerk

Bail $ _____

GPO 863 525