UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:09-cr-86-Orl-35KRS

DONALD S. HAMMALIAN, JR.

## NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals: None

Dated: June 2, 2009

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:  s/ Tanya D. Wilson
Tanya D. Wilson
Assistant United States Attorney
Florida Bar No.: 0093572
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  tanya.wilson2@usdoj.gov