UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 6:09-cr-86-Orl-35KRS

DONALD S. HAMMALIAN, JR.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

☐   IS          related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒   IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: June 2, 2009

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   s/ Tanya D. Wilson
      Tanya D. Wilson
      Assistant United States Attorney
      Florida Bar No.: 0093572
      501 West Church Street, Suite 300
      Orlando, Florida  32805
      Telephone:  (407) 648-7500
      Facsimile:  (407) 648-7643
      E-mail:     tanya.wilson2@usdoj.gov

**U.S. v. DONALD S. HAMMALIAN, JR.**　　　　　　Case No. 6:09-cr-86-Orl-35KRS

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert Leventhal, Esq.

　　　　　　　　　　　　　　　　　*s/ Tanya D. Wilson*
　　　　　　　　　　　　　　　　　Tanya D. Wilson
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Florida Bar No.: 0093572
　　　　　　　　　　　　　　　　　501 West Church Street, Suite 300
　　　　　　　　　　　　　　　　　Orlando, Florida  32805
　　　　　　　　　　　　　　　　　Telephone:   (407) 648-7500
　　　　　　　　　　　　　　　　　Facsimile:   (407) 648-7643
　　　　　　　　　　　　　　　　　E-mail:       tanya.wilson2@usdoj.gov