# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                            Case No. 6:09-cr-86-Orl-35KRS

**DONALD S. HAMMALIAN, JR.**

AUSA: Tanya Wilson
Defense Atty.: Robert Leventhal – Limited

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | June 2, 2009<br>2:30-2:50 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | None | PRETRIAL: | Glen Hendrickson |

## CLERK'S MINUTES
## Initial Appearance on Indictment

### Defendant self-surrendered today

Case called, appearances taken
Procedural setting by court
Court advises defendant of rights and charges
Defense counsel Leventhal has entered a limited notice of appearance: Court directs defendant to finalize attorney arrangements: Arraignment to be set for Monday, June 8, 2009 at 10:00 AM
Government does not seek detention of defendant
Defense responds
Court sets conditions of release:
Bond $50,000 co-signed by wife Melinda Hammalian
-report to Pretrial
-travel MD/FL
-no contact with minors without supervision of other adults, except daughter
-no contact with witnesses
-home confinement w/ curfew to be imposed by Pretrial
-no firearms, drugs, excessive alcohol
-surrender passport by 6/8/09
-obtain no new passport
-no computer access or any other device that connects to internet