# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:09-cr-86-Orl-35KRS

DONALD S. HAMMALIAN, JR.

AUSA: Tanya Wilson
Defense Atty.: Clarence Counts

| JUDGE | David A. Baker<br>United States Magistrate Judge | DATE AND TIME | June 8, 2009<br>10:05-10:10 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| INTERPRETER | None | | |

## CLERK'S MINUTES
### Arraignment

Case called, appearances taken
Procedural setting by court
Defendant requested court appointed counsel; Court appoints FPD
Defendant enters plea of not guilty to all charges
Court receives plea and sets trial schedule