UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.  6:09-cr-86-Orl-35KRS

DONALD S. HAMMALIAN, JR.

## JOINT STATUS REPORT

COMES NOW the United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorney and the Defendant represented by the undersigned, and jointly file the following status report.

1. This matter was reassigned to the undersigned Assistant United States Attorney as of July 30, 2009.

2. The undersigned Assistant United States Attorney has requested that the computer forensics examiner conduct additional searches of the computer and electronic media seized pursuant to the search warrant.

3. As a result of this, counsel for defendant will require additional time in order for the defense expert to review the additional findings once the Government's analysis is completed and provided to the Defendant.

4. Counsel for both parties will meet to review the discovery provided up to this point.

5. The parties are engaged in plea discussions.

6. Counsel for defendant will file an unopposed motion to continue the trial.

7. At this time, there are no other pending motions.

8. Should the matter proceed to trial, the United States estimates three days.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

| By: | s/ Robert Alan Leventhal | By: | *s/ Carlos A. Perez-Irizarry* |
|---|---|---|---|
| | Robert Alan Leventhal | | Carlos A. Perez-Irizarry |
| | Florida Bar No. 119610 | | Assistant United States Attorney |
| | Leventhal & Slaughter, LLP | | Florida Bar No. 0861251 |
| | 111 N. Orange Ave., Suite 700 | | 501 West Church Street, Suite 300 |
| | Orlando, Florida 32801 | | Orlando, Florida 32805 |
| | Telephone: (407) 849-6161 | | Telephone: (407) 648-7500 |
| | Facsimile: (407) 843-3738 | | Facsimile: (407) 648-7643 |
| | E-mail: bob@leventhal-slaughter.com | | E-mail: carlos.perez5@usdoj.gov |