UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No.  6:09-cr-86-Orl-35KRS

DONALD S. HAMMALIAN, JR.

**JOINT STATUS REPORT**

COMES NOW the United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, through the undersigned Assistant United States Attorney and the defendant represented by the undersigned, and jointly file the following status report.

1.     Status of the Case

The government intends to present a Superseding Indictment.  Counsel for defendant is aware of the new evidence and the defense expert met with the government's computer forensic examiner.

Counsel for defendant will notify the government no later than September 21, 2009, whether the defendant will accept the government's plea offer.

2.     Possibility of Plea Agreement

Counsel for the government has tendered a plea offer which has not yet been accepted by the defendant.

3.     Trial Days

The parties anticipate two days of trial.

4.     Pending Motions

There are no pending motions.

5. <u>Speedy Trial</u>

There are no Speedy Trial issues.

6. <u>Trial Setting</u>

The parties request that the trail be scheduled on October 26, 2009.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: *s/ Robert Alan Leventhal*
Robert Alan Leventhal
Florida Bar No. 119610
Leventhal & Slaughter, LLP
111 N. Orange Ave., Suite 700
Orlando, Florida 32801
Telephone: (407) 849-6161
Facsimile: (407) 843-3738
E-mail:
bob@leventhal-slaughter.com

By: *s/ Carlos A. Perez-Irizarry*
Carlos A. Perez-Irizarry
Assistant United States Attorney
Florida Bar No. 0861251
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: carlos.perez5@usdoj.gov