UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:09-cr-86-Orl-35KRS

DONALD S. HAMMALIAN, JR.

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by A. Brian Albritton, United States Attorney for the Middle District of Florida, requests, pursuant to Fed. R. Crim. P. 12(b), that this Court continue the trial in this case now set for September 28, 2009, and in support of its motion states as follows:

1. The government's forensic expert witness is scheduled to be in a cellphone forensic class beginning Monday, September 21, 2009, until September 30, 2009. Therefore, the witness will be unavailable to testify at trial.

2. Counsel for defendant has no objection to a continuance of the trial.

3. In view of the above, the government requests this Court to continue the case for trial to October 5, 2009, as originally scheduled.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   *s/ Carlos A. Perez-Irizarry*
Carlos A. Perez-Irizarry
Assistant United States Attorney
Florida Bar No. 0861251
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:   carlos.perez5@usdoj.gov

| | |
|---|---|
| **U.S. v. DONALD HAMMALIAN** | **Case No. 6:09-cr-** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Robert Alan Leventhal, Esq.

*s/ Carlos A. Perez-Irizarry*
Carlos A. Perez-Irizarry
Assistant United States Attorney
Florida Bar No. 0861251
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:         carlos.perez5@usdoj.gov