**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.                                                                              **Case No.: 6:09-cr-86-MSS-KRS**

**DONALD S. HAMMALIAN, JR.**
    **Defendant.**
_____/

## MOTION TO ALLOW ELECTRONIC EQUIPMENT OF EXPERT

**COMES NOW**, the Defendant, **DONALD S. HAMMALIAN, JR**, by and through undersigned counsel and requests that Richard Connor, our computer forensics expert that will be assisting counsel at trial. All relevant information concerning the case is contained on Richard Connor's computer. It is therefore requested that the court allow Richard Connor to bring his laptop computer and cellular telephone into the courthouse so he can properly assist counsel at trial beginning Monday, September 28, 2009.

                                                  /s/ Robert A. Leventhal
                                                  Florida Bar No. 119610
                                                  Leventhal & Slaughter, LLP
                                                  111 N. Orange Ave., Suite 700
                                                  Orlando, Florida 32801
                                                  Telephone: 407-849-6161
                                                  Facsimile: 407-849-3738
                                                  Bob@leventhal-slaughter.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, including Carlos Perez, Assistant United States Attorney.

/s/ Robert A. Leventhal
Attorney