**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**                                      **Case No.: 6:09-cr-86-MSS-KRS**

**DONALD S. HAMMALIAN, JR.**
        **Defendant.**
_____/

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

Defendant Donald S. Hammalian, Jr., by and through his undersigned counsel,

hereby files his proposed voir dire questions for the jury and requests that the Court ask,

or permit counsel to ask, these questions of panel members during jury selection.

1. Do you own a computer?

2. Do you have a High Speed Internet Connection through your local cable company?

3. Have you ever had problems with your internet connection?

4. Do you use e-mail?

5. Do you open and read e-mail?

6. Do you delete e-mail that has been read?

7. Have you ever received e-mails that were from individuals or companies that you did not know?

8. Have you ever purchased items online with your computer?

9. Have you ever had a computer virus?

10. Do you know what a Trojan Horse is and how it affects a computer?

11. Have you ever had to have your computer fixed because it was infected with a virus?

12. Have you ever had anyone use your computer without your knowledge?

13.  Do you know what a thumbnail picture is?

14.  Has your computer ever contained information that you did not know was on the computer?

/s/ Robert A. Leventhal
Florida Bar No. 119610
Leventhal & Slaughter, LLP
111 N. Orange Ave., Suite 700
Orlando, Florida 32801
Telephone: 407-849-6161
Facsimile: 407-849-3738
Bob@leventhal-slaughter.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, including Carlos Perez, Assistant United States Attorney.

/s/ Robert A. Leventhal
Attorney