UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  __
    Government X

v.                                        Case No. 6:09-cr-86-Orl-35KRS

DONALD S. HAMMALIAN, JR.          __ Evidentiary
                                                    X  Trial
                                                    __ Other

    Defendant  __

| | | **EXHIBIT LIST** | | | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Objection** | **Description of Exhibit** |
| 1 | | | | | Bright House Networks 2/14/06 |
| 2 | | | | | Bright House Networks 7/27/06 |
| 3 | | | | | Bank of America Credit Card Statement - 7/6/06 |
| 3A | | | | | Bank of America Credit Card Statement - 5/27/06 |
| 3B | | | | | Bank of America Credit Card Statement - 6/27/06 |
| 4 | | | | | Bank of America Declaration of Custodian of Records |
| 4A | | | | | Bank of America Credit Card Statement - 6/27/05 |
| 4B | | | | | Bank of America Credit Card Statement - 7/27/05 |
| 4C | | | | | Bank of America Credit Card Statement - 8/27/05 |
| 4D | | | | | Bank of America Credit Card Statement - 9/27/05 |
| 4E | | | | | Bank of America Credit Card Statement - 10/27/05 |

Case Number: 6:09-cr-86-Orl-35KRS                                   Page 2 of 3 Pages

**EXHIBIT LIST - Continuation Sheet**

| | | | EXHIBIT LIST | | |
|---|---|---|---|---|---|
| **Exhibit Number** | **Date Identified** | **Date Admitted** | **Witness** | **Objection** | **Description of Exhibit** |
| 4F | | | | | Bank of America Credit Card Statement - 11/27/05 |
| 4G | | | | | Bank of America notification of new credit line |
| 4H | | | | | Bank of America Credit Card Statement - 12/27/05 |
| 4I | | | | | Bank of America Credit Card Statement - 12/27/05 |
| 4J | | | | | Bank of America Promotion |
| 5 | | | | | CD-R (CP) |
| 6 | | | | | CD-R (CP) |
| 7 | | | | | CD-R (CP) |
| 8 | | | | | CD-R (CP) |
| 9 | | | | | CD-R (CP) |
| 10 | | | | | CD-R (CP) |
| 11 | | | | | CD-R (CP) |
| 12 | | | | | Desktop Photo - Subject's House |
| 12A | | | | | Desktop Photo - Subject's House |
| 12B | | | | | Bedroom - Subject's House |
| 13 | | | | | Computer Tower |
| 14 | | | | | Notebook |
| 15 | | | | | Photo |
| 16 | | | | | Photo |
| 17 | | | | | Photo |
| 18 | | | | | Photo |
| 19 | | | | | Photo |
| 20 | | | | | Photo |
| 21 | | | | | Photo |

| Case Number: | 6:09-cr-86-Orl-35KRS | Page 3 of 3 Pages |

**EXHIBIT LIST - Continuation Sheet**

| EXHIBIT LIST |

| Exhibit Number | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 22 | | | | | Photo |
| 23 | | | | | Photo |
| 24 | | | | | Photo |
| 25 | | | | | Photo |
| 26 | | | | | Photo |
| 27 | | | | | Photo |
| 28 | | | | | Photo |
| 29 | | | | | Videos |

N:\_Criminal Cases\h\Hammalian, Donald_6-09-86_2006R01158_CAP\Trial Documents\f_exhibit_list.wpd