UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CLERK'S MINUTES**
**Hearing on Defense Motion for Sanctions**
**Criminal Jury Trial - Continued**

Case Number: 6:09-CR-86-ORL-35KRS

| **UNITED STATES OF AMERICA** | Government's counsel: | Carlos Perez-Irizarry, AUSA |
| Plaintiff. | | |
| -v- | | |
| **DONALD HAMMALIAN, JR.** | Defense Counsel: | Robert A. Leventhal |
| Defendant. | | Joseph A. Fisher, III |

| Judge: | **Mary S. Scriven** | Court Reporter: | Koretta Stanford |
|---|---|---|---|
| Courtroom Clerk: | N. L. Leiter | Interpreter: | |
| Date: | September 28, 2009 | Time: | 9:15 am - 9:56 am |

| | |
|---|---|
| 9:15am | Court convened. |
| | Appearances |
| 9:18 am | Government's response to Defendant's Motion for Sanctions (Dkt. 53) |
| 9:21 am | Rule Invoked, any witnesses leave the courtroom now. |
| | Government continues argument. |
| 9:30 am | Robert Leventhal argues Defense Motion for Sanctions (Dkt. 53) |
| 9:35 am | Court as to the motion for sanctions. |
| 9:36 am | Defense requests exclusion of Gov. expert, or continue the trial. |
| | Government has drafted a plea agreement based on the new evidence. |
| 9:43 am | Court: **DENIES** the Defendant's Motion for Sanctions ( Dkt. 53) and GRANTS a continuance of this trial as the remedy. |
| | Counsel requests continuance of trial for <u>2 weeks</u>. |
| | Speedy Trial has been waived. (Dkt. 26) |
| | Court gives counsel until **October 12, 2009** to file a **Status Report** as to the trial of this case. |
| | Court directs defense counsel to file motion for continuance of trial by **October 12, 2009** IF the continuance needed is <u>more than 2 weeks</u> from today. |
| | Trial still estimated at 2 days. |
| | The issue remaining is how the images got on the Defendant's computer. Counsel to discuss the option of a bench trial. |
| 9:53 am | Government responds as to the cost of the unused jurors. |
| | Court may assess costs of jury by separate Order. |
| 9:56 am | Adjourned. |