**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

v.                   Case No.: 6:09-cr-86-MSS-KRS

**DONALD S. HAMMALIAN, JR.**
   **Defendant.**
_____/

## MOTION FOR A TRAVEL PERMIT

**COMES NOW**, Defendant, **DONALD S. HAMMALIAN, JR.**, by and through undersigned counsel and respectfully requests this Court enter an Order allowing him to travel to Connecticut to visit his family for the Thanksgiving Holiday and to Key West for a family Reunion. In support of said motion it is submitted.

 1. The Defendant's mother and father reside in Connecticut. The defendant is seeking a travel permit so he can join his parents for the Thanksgiving Holidays in Connecticut.

 2. The Defendant will be in Connecticut from November 14, 2009 (or as soon as an order granting this motion to travel is entered) through December 7, 2009.

 3. Furthermore, the Defendant is requesting a travel permit to attend a family reunion in the Florida Keys the last week of December. The dates of the family reunion are December 27, 2009 through January 3, 2010.

 4. The United States, through Assistant United States' Attorney, Carlos Perez, has no objection to the Defendant traveling to his parents' home in Connecticut for Thanksgiving and he has no objection to the Defendant attending the family reunion in the Florida Keys.

**WHEREFORE**, the Defendant respectfully requests this Court enter an Order allowing him to travel to Connecticut to visit his family for the Thanksgiving Holiday and to Key West for a family Reunion.

/s/Robert A. Leventhal
**ROBERT A. LEVENTHAL**
Florida Bar No. 119610
**LEVENTHAL & SLAUGHTER, LLP**
111 N. Orange Avenue, Suite 700
Orlando, Florida 32801
Telephone: (407) 849-6161
Facsimile: (407) 843-3738
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, including Carlos Perez, Assistant United States Attorney.

/s/ Robert A. Leventhal
Attorney