**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                                                  Case No.  6:09-cr-86-Orl-35KRS

**DONALD S. HAMMALIAN, JR.**
_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR A TRAVEL REPORT (Doc. No. 64)
>
> **FILED:** November 12, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

Defendant Hammalian may travel to Connecticut from November 14, 2009 through December 7, 2009.  Before leaving, he shall advise Pretrial Services of his itinerary and contact numbers.

Defendant may file a renewed motion for travel in December supported by a statement of the position of his supervising pretrial services officer regarding the request.  The Court is concerned that the proposed date of return is too close to the sentencing date to reasonably assure Defendant's appearance in Court as required.

**DONE** and **ORDERED** in Orlando, Florida on this 13th day of November, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
United States Pretrial Services Office
Counsel for Defendant