# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
   **Plaintiff,**

**v.**             **Case No.: 6:09-cr-86-MSS-KRS**

**DONALD S. HAMMALIAN, JR.**
   **Defendant.**
_____/

## MOTION TO ALLOW DEFENDANT TO SELF REPORT TO INSTITUTION DESIGNATED BY THE BUREAU OF PRISONS

  **COMES NOW**, the Defendant, **DONALD S. HAMMALIAN, JR**, by and through undersigned counsel and respectfully requests this Court to allow the Defendant to self report to the institution to be chosen by the Bureau of Prisons to serve his term of incarceration. In support of said motion it is submitted:

  1. The Defendant, since he voluntarily made his initial Court appearance he has been under supervision of U.S. Pre-Trial Services without incident.

  2. 18 U.S.C. §3143(2)(B) allows the Court to make a finding by clear and convincing evidence that a person is not likely to flee or pose a danger to any other person or the community and thus allow a Defendant to remain free pending the commencement of execution of a sentence.

  3. The Defendant wishes the opportunity to present evidence to the Court that he is not likely to flee and that he poses no danger to any other person or the community.

  4. Undersigned is awaiting telephone response from Assistant United States Attorney Carlos Perez on the position of the Government in this matter.

**WHEREFORE**, the Defendant respectfully requests that the Court allow the Defendant to self-report to the institution designated by the United States Bureau of Prison to commence any sentence imposed by the Court.

/s/Robert A. Leventhal
**ROBERT A. LEVENTHAL**
Florida Bar No. 119610
**LEVENTHAL & SLAUGHTER, LLP**
111 N. Orange Avenue, Suite 700
Orlando, Florida 32801
Telephone: (407) 849-6161
Facsimile: (407) 843-3738
Bob@leventhal-slaughter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, including Carlos Perez, Assistant United States Attorney.

/s/ Robert A. Leventhal
Attorney