**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                                    **CASE NO.  6:09-cr-00086-MSS-KRS-1**

**DONALD HAMMALIAN, JR.,**

      **Defendant.**

_____/

## MOTION FOR RETURN OF PASSPORT

      **COMES NOW** Defendant, **DONALD HAMMALIAN, JR.**, by and through undersigned counsel, and respectfully requests this Court to order the Clerk of Court to return to the Defendant his passport. In support of said motion it is submitted:

      1.     The Defendant surrendered his United States passport, Number 449068438, to Pretrial Services on June 5, 2009 as a condition of his pre-trial release.

      2.     On January 7, 2010, the Defendant was sentenced to a term of imprisonment for forty-eight (48) months and supervised release for twenty (20) years.  The Defendant completed his term of imprisonment with the Bureau of Prisons.

      3.     The return of the Defendant's passport will not interfere in any way with the period of supervised release.

**WHEREFORE**, it is respectfully requested that this Court order the Clerk of Court to return the Defendant's passport to him.

/s/ Robert A. Leventhal
**ROBERT A. LEVENTHAL**
Florida Bar No. 119610
**ROBERT LEVENTHAL, P.A.**
220 N. Rosalind Avenue
Orlando, Florida 32801
Telephone: (407) 849-6161
Facsimile: (407) 843-3738
bob@robertleventhal.com
Counsel for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Robert A. Leventhal
Attorney