# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  **CASE NO: 6:09-cr-86-Orl-35KRS**

**DONALD HAMMALIAN, JR.**

## ORDER

This case is before the Court on the Defendant's Motion for Return of Passport. (Dkt. 76) On June 2, 2009 Magistrate Judge David A. Baker issued an order releasing the Defendant subject to the Defendant's abiding by certain conditions, including, but not limited to, surrendering his passport to Pretrial Services. (Dkt.12) On January 7, 2010, the Defendant was sentenced by the Undersigned to forty-eight (48) months of imprisonment, followed by twenty (20) years of supervised release. (Dkt. 71) The Court conceives of no reason a person serving twenty (20) years of supervised release and who is afforded no opportunity to travel outside the continental United States needs a passport. Defendant offers no explanation in the motion. Furthermore, the Defendant's passport has been surrendered to the U. S. Department of State, Passport Services. (Dkt. 77)

Accordingly, the Defendant's Motion for Return of Passport is **DENIED.**

**DONE and ORDERED** at Tampa, Florida this 16th day of October, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service