| PROB 22<br>MD/FL 6/13 | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>6:09-CR-86-ORL-35KRS |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>1:15-cr-119 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Donald S. Hammalian, Jr.<br><br>Bennington Vermont 05201 | Middle District of Florida | Orlando |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Mary S. Scriven | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/28/2013 — TO 06/27/2033 |

**OFFENSE**

Count One: Possession of Child Pornography

*[Stamp: U.S. DISTRICT COURT, DISTRICT OF VERMONT, FILED 8/11/20__, BY ___ DEPUTY CLERK]*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **Middle** DISTRICT OF **Florida**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Vermont** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/5/15 _____ _____
Date                                   United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **Vermont**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/11/15 _____ _____
Effective Date                         United States District Judge